**CHAMBERS PREPARED ORDER**

FILED & ENTERED

JAN 26 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>TAYLOR KENNETH HEWITT,<br><br>    Debtor(s) | Case No.: 6:22-bk-12669-SY<br><br>Chapter 7 |
| CHRIS NORCROSS and<br>KRISTINA NORCROSS,<br><br>    Plaintiffs,<br>v.<br><br>TAYLOR KENNETH HEWITT,<br><br>    Defendants. | Adv. Case No.: 6:22-ap-01087-SY<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br><u>Hearing:</u><br>Date: March 9, 2023<br>Time: 9:30 a.m.<br>Place: Courtroom 302 |

The above-captioned case was filed on October 17, 2022. The initial status conference was set for January 26, 2023 at 9:30 a.m. and a tentative ruling was issued indicating that appearances were required. Neither plaintiffs nor defendant appeared at the status conference. It therefore appears that this case should be dismissed with prejudice for lack of prosecution.

///

///

///

1    IT IS ORDERED that the plaintiffs are to appear on **March 9, 2023 at 9:30 a.m.** and show

2  cause why this adversary proceeding should not be dismissed with prejudice for lack of

3  prosecution. A written response is due by **February 23, 2023**.

4                                              ###

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  Date: January 26, 2023

24                                          Scott H. Yun
                                            United States Bankruptcy Judge

25

26

27

28